UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARAH JACKSON,

    Plaintiff,

v.   Case No.: _____

CAMERON GIOVANELLI,
SARAH GIOVANELLI, and
IMMANUEL BAPTIST CHURCH,

    Defendants.
_____/

## COMPLAINT

Plaintiff, SARAH JACKSON, by and through his undersigned counsel, sues Defendants, CAMERON GIOVANELLI, SARAH GIOVANELLI, and IMMANUEL BAPTIST CHURCH; and alleges:

### JURISDICTION, PARTIES AND VENUE

1. This is an action for damages arising out of the defamation of Plaintiff's character.

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1332 since the amount in controversy exceeds $75,000, exclusive of interest, costs, and attorneys' fees, ad is between citizens of different states.

3. Venue is proper in the Middle District of Florida pursuant to 28 U.S.C. § 1391 as the Defendant has its principal place of business in Duval County, Florida. Pursuant to Middle District Local Rule 1.02(c), venue is proper in the Jacksonville Division of the Middle District of Florida because the cause of action accrued in one of the counties of which the Tampa Division is comprised, as set forth in local Rule 1.02(b)(4).

4. Defendant, Immanuel Baptist Church, is a Florida not for profit corporation, with its principal place of business in Duval County, Florida, within the Middle District of Florida.

5. At all times material, Defendant, Immanuel Baptist Church, was the employer of Defendant, Cameron Giovanelli.

6. Defendant, Cameron Giovanelli, is a citizen of the state of Iowa.

7. Defendant, Sarah Giovanelli, is a citizen of the state of Iowa.

8. Plaintiff, Sarah Jackson, is a citizen of the state of Maryland.

9. All conditions precedent to the maintenance of the causes of action alleged herein, if any, have occurred or been performed, excused, or waived.

## GENERAL ALLEGATIONS

10. Cameron Giovanelli abused his position of leadership, abused the trust of the members of his church and congregation, and committed unspeakable acts of sexual abuse against Sarah Jackson.

11. After suffering in silence for over a decade from Cameron Giovanelli's abuse, she decided to share her story and shared the following:

> I did, too. At 16, I was forced to grow up too quickly. I was put in a position no 16 year old girl should EVER be put in. Things were taken from me I will never be able to get back.
>
> When those things were taken from me (that should not have been taken until marriage), I was left with "dont tell anyone.", " We take this to the grave".
>
> Cameron Giovanelli, my pastor, abused his power and "leadership" into creating a physical and emotional relationship with a 16 year old girl that carried on her entire senior year of high school. I have kept quiet for 12 years because I am not a spiteful person. This kills me to type. I cared about him. But I also cared for my innocence which was ripped from me by someone I was supposed to trust.

(May 11, 2018 post).

12. Following that, Sarah published an open letter to Cameron regarding her journey to find the courage to expose the truth. She posted:

> I'm sure you have now seen the article that came out about what happened in 2006-2007. If not, I am sure that you soon will and you will try to do some damage control. If I know you like Im pretty sure I do, you feel betrayed. Betrayed that I I keep "our secret" after I had promised so many years to do so. You made sure to tell me for so many years of each pastor that was "found out" and how much that "scared you". Remember all the times you acted like you were going to call things off between us as a way to intimidate me to reassure you that I would never speak a word of our relationship? Me too. So very vividly.

(December 9, 2018 post).

13. In response, the Defendants took part in a coordinated effort to deliberately and knowingly communicate false information in an attempt to destroy Sarah Jackson's credibility, including attacks on her family and her children.

14. Greg Neal, the *de facto* sole leader of Defendant, Immanuel Baptist Church, is no stranger to claims of sexual abuse of minors under its care.

15. Greg Neal previously faced similar accusations of improper sexual behavior towards minors.

16. Assistant State Attorney James Colaw described the evidence of Greg Neal's video voyeurism of minors changing clothes in his office as "overwhelming."[1]

17. Rather than admitting what he had done was wrong, Greg Neal decided to try another approach: shame the victim and accuse the victims of lying about the abuse. *Id.*[2]

---

[1] Scanlan, Dan, "Orange Park co-pastor declares innocence in video voyeurism case", October 5, 2011, available online at https://www.jacksonville.com/article/20111005/NEWS/801243291 (last accessed April 9, 2020).

[2] At that time, the Neal Enterprise employed another accused abuser, David Hyles. David Hyles, and the Hyles Enterprise also taught Greg Neal how to deal with these situations by denying the accusations and smearing the character of the victims. The Hyles Enterprise is now facing a RICO lawsuit in the Northern District of Illinois for its coverup of similar sexual abuse by its leaders/employees.

18.     Greg Neal was ultimately able to escape prosecution because the statute of limitations had expired, but the lessons learned in that situation formed the same playbook to confront the allegations against Cameron Giovanelli.

19.     Defendant, Immanuel Baptist Church, was in the final stages of launching a new "college" and it had a large church, school, and publishing company; there was much to protect financially and ensure there would not be a stain on its reputation that would stop people from sending their children or dollars to Defendant, Immanuel Baptist Church.

20.     To protect their financial interests, Defendants began to attack Sarah Jackson to ensure her story was not believed, beginning with Cameron Giovanelli himself:

> In May of 2018, Sarah (Hall) Jackson took to social media and falsely accused me of having a sexual relationship with her during her Senior year of high school. **This accusation is false!**
>
> These blatant lies about me have caused me to resign from a position of leadership . . . . The morning after Sarah (Hall) Jackson posted her lie to Facebook I called Stacey Shiflett to let him know that it was not true and that I would pray that God would give him the spiritual discernment needed as he dealt with it.
>
> \* \* \*
>
> Why would Sarah (Hall) Jackson do such a thing? That question has raced through my mind many times over. That question has been asked me by many too. I have no idea why she would lie, and especially why she would pick me to lie about. If I am guilty of anything it is of helping the Hall family through family disputes, wayward teenagers, struggling marriages, disjointed family relationships, and other such family related issues that they faced through the years I was their pastor.

(May 30, 2019 "Statement from Cameron Giovanelli) (emphasis in original).

21.     Apparently, calling Sarah Jackson a liar was not enough, so Cameron Giovanelli continued the attacks by digging up things from Sarah Jackson's *family's* past as an attempt to smear Sarah Jackson's character by incidents of her family (whether true or not).

4

22. Cameron Giovanelli then continued the attacks on Sarah Jackson personally and disclosed to the world matters that were shared within the confines of a confidential clergy-penitent relationship:

> Sarah (Hall) Jackson has had a troubled past, and as her pastor, and the pastor of her family for many years I counseled them all through some difficult times. An allegation like this is terrible and evil, but it is a practice that has become a trend in her family. Her older sister made the same accusation about one of their family members, and her mother made accusation of a church member making inappropriate advances to her as well; both of those accusations were before I came to Calvary. Both mom and daughter (older sister) sought counsel regarding those situations due to the division that it had caused in the family. Both men denied those claims as I deny this accusation, and neither claim ever led to any legal action!
>
> * * *
>
> After she graduated from High school, I received a call at the once that Sarah (Hall) Jackson wanted to meet with me. We scheduled that meeting in the church offices and she proceeded to tell me that she had had an affair with a married man whom she had met at work. She was seeking counsel because the man was married and she felt that she needed to go and tell his wife.
>
> Over the years many members from Calvary have messaged and/or called to ask Sarah and I to pray and Sarah (Hall) Jackson was no different. Sarah (Hall) Jackson has asked for prayer when she found that her husband was having an affair with her best friend who had been living with them at the time. Sarah (Hall) Jackson asked for prayer when she "lost" her baby. However, she posted to social media that she had an abortion.

(May 30, 2019 "Statement from Cameron Giovanelli).

23. Cameron Giovanelli could not have been more forceful in his denial, which is now known to be a lie, when he attacked Sarah Jackson:

> I do not deny the fact that Sarah (Hall) Jackson has had a rough life and may have been abused at some point in her life, but it was not by me!
>
> * * *
>
> Sarah (Hall) Jackson has concocted a fabricated story of vague occurrences of her and I meeting and things that never happened. She has fabricated a story and timeline using places that I would preach, teach, and state openly as places of special meaning to me with my family, or where I spent time with God – never her! Her claims are all fabricated and not one can be supported with evidence.

> **Sarah (Hall) Jackson is a liar and her day of dragging my name through the mud is done! For over one year I have allowed her to smear my name, seek to destroy my reputation, and harass my family through social media.**
>
> \* \* \*
>
> I did not do what Sarah (Hall) Jackson has accused me of and I am appalled at the way that Stacey Shiflett handled it. How dare he blame others for not performing a "full investigation" when he himself did no-such-thing!

(May 30, 2019 "Statement from Cameron Giovanelli) (emphasis in original).

24.     Cameron Giovanelli ended his post by stating: "I have no further intention of speaking on this issue." But, of course, that would prove to be yet another lie.

25.     On June 6, 2019, Cameron Giovanelli would go on to post additional attacks on Sarah through the guise of "asking questions."

26.     But, still, the attacks were not over. The next post was by Sarah Giovanelli, who wrote:

> I know you Sarah. I know what kind of troubled teenage girl you were. I know your immorality and your promiscuous lifestyle. I know the person you are. You are a victim, but certainly not of my husband. You are a victim of your own wickedness. You are a victim of your own sinfulness. You are a victim of the blame you place on others for the choices you have made. You are a victim of those people who are using you for their agenda. You are a victim of your own desire for attention.
>
> \* \* \*
>
> I am not afraid to stand up to my husband if he was indeed guilty, which I know for a fact he is not. I am also not afraid to stand up to your false accusations. I rebuke you for what you have said about my husband. I rebuke you for your abortion. I rebuke you for your adulterous behavior. I rebuke you for your scandalous pictures and posts. I rebuke you for being more like the Proverbs 7 woman than the Proverbs 31 woman. I call for you to repent and confess your sins to God.
>
> \* \* \*
>
> I am writing to rebuke you before them. They need to know who it is they are following. They need to know the truth about the lady who made up these wicked lies. You need to be exposed Sarah Jackson, not for the sake of those who are the enemies of righteousness, but for those who you have confused with your error.

(June 12, 2019 Statement by Sarah Giovanelli).

27. And the group trying to hide Cameron Giovanelli's misdeeds even enlisted Cameron Giovanelli's mother-in-law (Sarah Giovanelli's Mother) to join the attacks, who called Sarah Jackson's post "disgusting and absurd" and vouched for Cameron Giovanelli's character as a "loving husband and a caring father." (June 4, 2019 Statement by Earlene Knight).

28. Cameron Giovanelli targeted and attacked Sarah Jackson in hopes the truth would not actually come out.

29. Cameron Giovanelli and Sarah Giovanelli were not in this alone. Featured prominently on each post and each page of the website:



**Cameron Giovanelli**

Happily married to Sarah G, the father of three incredible children, Asst. Pastor at Immanuel Baptist Church of Jacksonville and Director of Berean Publications.

30. Immanuel Baptist Church participated, orchestrated, and coordinated the attacks on Sarah Jackson in order to protect not just one of their own but to ensure their church, publishing company, and soon-opening college would not suffer financially from this blemish on its record.

31. Cameron Giovanelli bragged about his status as a past "college president" and soon anticipated being in a college leadership position again.

32. Cameron Giovanelli finally admitted the truth when he pleaded guilty on December 4, 2019.

33. Cameron Giovanelli told the sentencing judge he "admitted responsibility" for his actions as he pleaded guilty to the charges of a fourth-degree sex offense and a second-degree assault for his actions against Sarah Jackson.

34. After the sexual abuse finally came to light, Cameron Giovanelli did what all abusers do: try to discredit the accuser and hope to paint the victim as a liar so the world will not believe the truth about the abuse.

35. Here, even more egregious, Cameron Giovanelli used information obtained confidentially in a counseling relationship with both Sarah and her family to try this tactic.

36. Defendants orchestrated a smear campaign designed to destroy Sarah Jackson's reputation so that it would help paint her accusations about Cameron Giovanelli as false.

37. This group of allies published false statements about Sarah's truthful recitation of Cameron Giovanelli's abuse and false statements regarding alleged sexual misconduct by Sarah.

38. These false statements were knowingly false and published with the actual intent to harm Sarah Jackson and her reputation.

39. When Cameron Giovanelli was finally faced with the truth about his abuse of Ms. Jackson, he responded with these false attacks: (1) he stated he was "falsely accused"; (2) he called Ms. Jackson's horrific abuse "blatant lies"; (3) he tried to convince people Ms. Jackson had "posted [a] lie"; (4) he vigorously attempted to make others believe Ms. Jackson "concocted a fabricated story"; and (5) did so by using every trick in the book to destroy Ms. Jackson's reputation and make the world believe "Sarah [] Jackson is a liar."

40. Sarah Giovanelli similarly tried to suppress the truth about her husband with false attacks. She broadcasted: (1) baseless accusations of "immorality and [a] promiscuous lifestyle"; (2) described Ms. Jackson's childhood abuse as "false accusations"; (3) falsely accused Ms. Jackson of "adulterous behavior"; and (4) tried to convince the world the horrific abuse suffered by Ms. Jackson were simply "wicked lies."

41. These statements by Cameron Giovanelli and Sarah Giovanelli were knowingly false, communicated to the world through the internet, and caused Sarah irreparable damage.

## COUNT I

42. Plaintiff re-alleges and incorporates by reference the above paragraphs as if fully set forth herein.

43. Defendants, Cameron Giovanelli and Sarah Giovanelli, made the above false statements with the intent for them to be widely disseminated and repeated.

44. Defendants, Cameron Giovanelli and Sarah Giovanelli, published the false statements with malice as he communicated the false statements with actual knowledge of their falsity, or with reckless disregard for their falsity, in an attempt to protect and further the financial interests of Defendants, Cameron Giovanelli and Sarah Giovanelli.

45. Defendant, Cameron Giovanelli, published the false statements while he was acting in the course and scope of his employment with Defendant, Immanuel Baptist Church, and did so at its behest in order to protect its financial interests.

46. Plaintiff has been damaged by these false statements because the statements subject Plaintiff to hatred, distrust, ridicule, contempt, and disgrace.

47. Plaintiff has been damaged by these false statements because the false statements injured Plaintiff's reputation, profession, and business.

WHEREFORE Plaintiff demands judgment against Defendants for compensatory damages to be determined, punitive damages to be determined, together with Plaintiff's costs, expenses, and such further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

48.     The Plaintiff requests trial by jury on all issues so triable.

Respectfully submitted this 22nd day of September, 2020.

                                                   **WEBER, CRABB & WEIN, P.A.**

                                                   */s/ Jeremy D. Bailie*
Jeremy B. Bailie, Esq.
FBN: 118558
Kyle D. Bass, Esq.
FBN: 122158
Jeremy.Bailie@webercrabb.com
Kyle.Bass@webercrabb.com
Secondary lisa.willis@webercrabb.com
Weber, Crabb & Wein, P.A.
5453 Central Avenue
St. Petersburg, FL  33710
(t): 727-828-9919
(f): 727-828-9924
Attorneys for Plaintiff