UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARAH JACKSON,

      Plaintiff,

v.                                Case No.: 3:20-cv-01060-MMJ-JRK

CAMERON GIOVANELLI,
SARAH GIOVANELLI, and
IMMANUEL BAPTIST CHURCH,

      Defendants.

_____/

## DEFENDANTS, CAMERON AND SARAH GIOVANELLI RESPONSE TO ORDER TO SHOW CAUSE REGARDING CERTIFICATE OF INTERESTED PERSONS ON BEHALF OF DEFENDANTS, CAMERON AND SARAH GIOVANELLI

**COMES NOW**, the Defendants', CAMERON and SARAH GIOVANELLI by and through its undersigned counsel, hereby files this Response to The Court's *Sua Sponte* Order to Show Cause why sanctions should not be imposed due to their failure to comply with this Court's Order dated September 23, 2020 entering a Notice of Designation Under Local Rule 3.05, which attached a Case Management Report form in which the parties were directed to file Certificates of Interested Persons and Corporate Disclosure Statements within fourteen days from the date of first appearing and states as follows:

1. On September 23, 2020 this court entered an order under local rule 3.05 regarding the filing of Certificates of Interested Persons.

2. By way of history, the undersigned attorney was retained on October 29, 2020 to represent the Defendants, Cameron and Sarah Giovanelli, and promptly file a timely Motion to Dismiss on November 6, 2020.

3.  Thereafter, the undersigned attorney worked with Counsel to put together a proposed agreed Case Management Order

4.  Through inadvertence, the undersigned attorney regretfully failed to calendar the due date on the Certificate of Interested persons based on the prior September 23, 2020 order, as well as the January 4, 2021 Case Management Order, which required the filing by January 22, 2021.

5.  However a Certificate of Interested Persons was filed on behalf of Cameron and Sarah Giovanelli on January 27, 2020.

6.  The undersigned attorney apologizes for the error, will be in full compliance on these court orders in the future, and would respectfully request that sanctions not be imposed.

Wherefore, the Defendants, Cameron and Sarah Giovanelli would respectfully request that sanctions not be imposed for the aforementioned filing error

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on **January 28, 2020** , a true and correct copy of the foregoing has been served by E-Mail Service **only** to the following:   Jeremy B. Bailie, Esq. and Kyle Bass, Esq., Weber, Crabb & Wein, P.A., 5453 Central Avenue, St. Petersburg, FL 33710 (Email: jeremy.bailie@webercrabb.com;    kyle.bass@webercrabb.com;    lisa.willis@webercrabb.com) *Counsel for Plaintiff;*; and    Kari K. Jacobson, Esq., LA CAVA, JACOBSON & GOODIS, P.A., 501 E. Kennedy Boulevard, Suite 1250, Tampa, Florida 33602 (Email: kjacobson@LJGLegal.com ; cnugent@LJGLegal.com) *Counsel for Defendant, Immanuel Baptist Church*

KUBICKI DRAPER, P.A.
201 South Orange Avenue, Suite 475
Orlando, FL 32801
Telephone:     (407) 245-3630
Facsimile:     (407) 245-7685
Email: gp-kd@kubickidraper.com

BY:___/s/GREGORY J. PRUSAK
        FBN: 0749028