UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SARAH JACKSON,

          Plaintiff,

v.                      Case No.   3:20-cv-1060-MMH-JRK

IMMANUEL BAPTIST CHURCH,
et al.,

          Defendants.

## **O R D E R**

In accordance with 28 U.S.C. § 636(b), Rule 1.02, Local Rules, United States District Court, Middle District of Florida, and the Administrative Order (Dkt. No. 3) entered in Case No. 8:20-mc-100-T-23, Defendants', Cameron and Sarah Giovanelli Motion to Dismiss Plaintiff's Complaint (Dkt. No. 16) and Defendant Immanuel Baptist Church's Motion to Dismiss (Dkt. No. 18) are hereby **REFERRED** to the Honorable James R. Klindt, United States Magistrate Judge, for a report and recommendation regarding an appropriate resolution of the motions.

**DONE AND ORDERED** in Jacksonville, Florida this 2nd day of April, 2021.

MARCIA MORALES HOWARD
United States District Judge

ja

Copies to:

Counsel of Record
Pro Se Parties

- 2 -