**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SARAH JACKSON,

      Plaintiff,

v.                                    Case No. 3:20-cv-1060-MMH-JRK

IMMANUEL BAPTIST CHURCH,
SARAH GIOVANELLI, and
CAMERON GIOVANELLI,

      Defendants.

**O R D E R**

This cause is before the Court on Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 32; "Motion"), filed August 20, 2021. In the Motion, Plaintiff seeks leave to file her amended complaint "to allege with sufficient particularity her entitlement to bring this claim" and argues in support that this case is still in the early stages where "[s]ignificant discovery has not yet been done, mediation has not yet occurred, and the parties still have ample time to address any issues prior to the deadlines in this Court's Scheduling Order[.]" Motion at 2, 3. Plaintiff represents that Defendants oppose the relief sought. Id. at 4. To date, Defendants have not filed responses to the Motion and the time to do so has passed. See Endorsed Order (Doc. No. 34), entered August 20, 2021 (stating, "Defendant[s are] directed to respond to the

[M]otion in accordance with the rules."); see also Local Rule 3.01(c), United States District Court, Middle District of Florida. The Motion is therefore deemed unopposed.

Upon due consideration, the Motion is due to be granted as amendment is appropriate pursuant to Rule 15(a)(2), Federal Rules of Civil Procedure. See Fed. R. Civ. P. 15(a)(2). Accordingly, it is

**ORDERED**:

1. Plaintiff's Motion for Leave to File Amended Complaint (Doc. No. 32) is **GRANTED**.

2. The Clerk of the Court shall file Plaintiff's Amended Complaint (Doc. No. 32-1) as of the date of this Order.

3. Defendants shall respond to Plaintiff's Amended Complaint within the time permitted by the Federal Rules of Civil Procedure.

**DONE AND ORDERED** in Jacksonville, Florida on September 13, 2021.

_____
JAMES R. KLINDT
United States Magistrate Judge

keh
Copies to:
Counsel of Record