UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SARAH JACKSON,

        Plaintiff,

v.                          Case No. 3:20-cv-1060-MMH-JRK

IMMANUEL BAPTIST CHURCH,
et al.,

        Defendants.

## O R D E R

**THIS CAUSE** is before the Court on Defendant Immanuel Baptist Church's Motion to Dismiss Plaintiff's Amended Complaint for Failure to State a Cause of Action or, in the Alternative, Motion for More Definite Statement and Motion to Strike and Incorporated Memorandum of Law (Doc. 38; Motion), filed on September 17, 2021. Upon review of the Motion, it appears that Defendant has failed to include the certification required pursuant to Local Rule 3.01(g), Local Rules of the United States District Court for the Middle District of Florida (Local Rule(s)), regarding the duty to confer. Significantly, under the amendments to the Local Rules of this Court which took effect on February 1, 2021, motions to dismiss such as this are no longer exempt from

1

the conferral requirement.[1]  As such, the Court will require Defendant to file a supplement: (1) certifying that it has conferred with opposing counsel (2) indicating whether counsel agree on the resolution of the Motion, and (3) if the Motion is opposed, explaining the means by which the conference occurred, as Local Rule 3.01(g) requires.  Accordingly, it is

**ORDERED:**

Defendant Immanuel Baptist Church is **DIRECTED** to file a supplement to its Motion (Doc. 38) with the requisite Local Rule 3.01(g) Certification on or before **September 27, 2021**.

**DONE AND ORDERED** at Jacksonville, Florida this 20th day of September, 2021.

_____
MARCIA MORALES HOWARD
United States District Judge

lc11
Copies:

Counsel of record

---

[1] Indeed, the Court cautions counsel that the amended Local Rules contain numerous, significant changes.  Counsel should review the Local Rules and, to familiarize themselves with key changes, are encouraged to review the "Video Presentation on New Local Rules" available on the Middle District of Florida website at www.flmd.uscourts.gov/local-rules.

2